**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SEAN CAREY LYNN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-CV-4735-D** |
| | ) | |
| **WILLIAM STEPHENS, Director, TDCJ-CID,** | ) | |
| **Defendant.** | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

All motions not yet rule on by the magistrate judge, or that should be ruled on by a district judge, are denied.

**SO ORDERED**.

January 28, 2014.

SIDNEY A. FITZWATER
CHIEF JUDGE